1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7     ISIDRO MANZO,                          Case No.  19-cv-07970-DMR
8                    Plaintiff,
9          v.                                **ORDER RE APPLICATION TO
                                             PROCEED IN FORMA PAUPERIS**
10    JOSHUA RAMIREZ, et al.,
11                   Defendants.
12

13

14    [x]    IT IS ORDERED that the application to proceed in forma pauperis is <u>GRANTED</u>.

15        [x]        <u>Issuance of Summons and service of process by Marshal</u>: The complaint having

16            been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the

17            Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the

18            Northern District of California serve, without prepayment of fees, a copy of the complaint,

19            any amendments, attachments, scheduling orders and other documents specified by the

20            Clerk, plaintiff's affidavit and this order upon the defendant(s).

21        [ ]        Issuance of summons and service will be determined separately.

22    [ ]    IT IS ORDERED that the application to proceed in forma pauperis is <u>DENIED</u>, and

23        plaintiff shall pay the filing fee according to the paragraph(s) checked below. Failure to make

24        payment by the date(s) specified will result in dismissal of the above-entitled action without

25        prejudice. Plaintiff is responsible for service of the summons and the complaint and any

26        amendments and attachments, as well as scheduling orders and other documents specified by

27        the Clerk, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

28

*United States District Court*
*Northern District of California*

1      [ ]      <u>Full fee</u>: Plaintiff must pay the entire filing fee of $400.00:

2          [ ]      In full no later than

3          [ ]      Partial payment of $ due on , remaining balance

4             [ ]      due and payable on or

5             [ ]      to be paid in installments as follows:

6

7      [ ]      <u>Reduced fee</u>: Plaintiff must pay a reduced filing fee of $ according to the

8 paragraph checked below; the remainder of the fee is hereby waived.

9          [ ]      Reduced fee to be paid no later than

10          [ ]      Partial payment of $ due on , remaining balance

11             [ ]      due and payable on or

12             [ ]      to be paid in installments as follows:

13

14      <u>IT IS FURTHER ORDERED</u> that while this case is pending, plaintiff must promptly

15 inform the Court of any change(s) of address. Failure to do so may result in dismissal of this

16 action.

17      **IT IS SO ORDERED.**

18 Dated: January 9, 2020

19

20                          DONNA M. RYU
                         United States Magistrate Judge

21

22

23

24

25

26

27

28