UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO MANZO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA RAMIREZ, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07970-WHO (JSC)<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE** |

Plaintiff filed this civil rights action on December 4, 2019. Upon review of the parties' case management conference statement, the district court vacated the case management conference and referred this case to the undersigned magistrate judge for an early settlement conference. (Dkt. No. 22.) The Court's Deputy Clerk subsequently scheduled a pre-settlement telephone conference with the parties for April 13, 2020. At the time of the call, counsel for Defendant appeared, but counsel for Plaintiff did not appear and did not otherwise communicate with the Court. Because there is a video of the incident at issue which Plaintiff had not yet received, following the April 13 call at which Plaintiff's counsel did not appear, the Court ordered as follows:

> Defendant shall provide Plaintiff and the Court with the body camera video on or before April 17, 2020. The Court will hold a further settlement call with the parties on May 4, 2020 at 9:00 am. The parties should use the same conference call number. The Court expects that by the time of the May 4 call Plaintiff and his client will have reviewed the video.

(Dkt. No. 23.) On May 4, 2020 at 9:00 a.m. Defendant's counsel appeared but once again Plaintiff's counsel failed to appear. While Defendant made the video available to Defendant, the Court has no idea whether Plaintiff's counsel and Plaintiff viewed the video as ordered.

Plaintiff's failure to appear as ordered has prejudiced Defendant, delayed possible resolution of this case, and wasted the Court's time.  Accordingly, Plaintiff is ordered to show cause why he should not be sanctioned, including being required to pay Defendants' attorneys' fees or even dismissal for a failure to prosecute.  Plaintiff shall respond to the order to show cause in writing on or before **May 18, 2020**.  The response shall explain whether Plaintiff complied with the Court's Order of April 13, 2020 and why he should not be sanctioned.  Plaintiff is warned that a failure to do so could lead to a recommendation that the district court dismiss the case for a failure to prosecute.  In the meantime, Plaintiff's counsel is encouraged to contact Defendants' counsel to attempt to resolve this action among themselves.

**IT IS SO ORDERED.**

Dated: May 4, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge