Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO MANZO,<br><br>  Plaintiff,<br><br>vs.<br><br><br><br>CITY OF ALAMEDA, ET AL.,<br><br>  Defendant. | Case No: 4:19-cv-07970-WHO<br><br><br>PLAINTIFF'S NOTICE AND REQUEST FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

Based on an agreed upon settlement between the Parties and pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff and or his counsel, hereby gives notice and requests that the above-captioned action is voluntarily dismissed, with prejudice against defendant(s).

Dated: October 15, 2020

                                                /s/  Stanley Goff
                                                Stanley Goff Esq.,
                                                Attorney for Plaintiff

ORDER

   IT IS HEREBY ORDERED that the plaintiff's request for voluntary dismissal of the above-named defendants with prejudice is granted.

Dated:    November 5, 2020



Honorable Judge Orrick